IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KACEY YATES,

    Petitioner,

v.                       CASE NO. 4:11cv578-SPM/CAS

KENNETH S. TUCKER, Secretary
of Florida Department of Corrections,

    Respondent.

_____/

## ORDER

THIS CAUSE comes for before the Court on the magistrate judge's Report and Recommendation (doc. 12) dated September 26, 2012. Petitioner has filed objections (doc. 13).

Despite the objections, I have determined that the Report and Recommendation is correct and should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1.     The magistrate judge's Report and Recommendation (doc. 12) is ADOPTED and incorporated by reference in this order.

2.     Respondent's motion to dismiss (doc. 9) is granted. The § 2254 petition for writ of habeas corpus (doc. 1) is summarily dismissed as untimely.

3. A certificate of appealability and leave to appeal in forma pauperis are denied.

DONE AND ORDERED this 19th day of October, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge